IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02791-PAB-BNB

ELOISE NICKOLS,

    Plaintiff,

v.

CREDIT BUREAU OF NAPA COUNTY, INC., a California corporation,
d/b/a CHASE RECEIVABLES,

    Defendant.

---

## STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER

---

COMES NOW the Plaintiff and the Defendant by and through their undersigned counsel of record and for their Stipulated Motion for Entry of Protective Order, state and allege as follows: Pursuant to stipulation of the parties and in accordance with the provisions of Fed.R.Civ.P. 26(c),

1. In an effort to facilitate the exchange of confidential documents and/o items through disclosures and/or formal discovery, the parties hereby tender a Proposed Protective Order to the Court.

2. The Parties submit that good cause exists for the issuance of a Protective Order with respect to confidential documents and items.

3. A copy of the Proposed Protective Order together with its attached Exhibit 1 is attached hereto.

WHEREFORE, the parties respectfully request that this Court enter the attached proposed Protective Order as an Order of this Court.

Respectfully Submitted,

s/ David M. Larson
_____
David M. Larson, Esq.
88 Inverness Circle East, Suite I-101
Englewood, Colorado 80112
Telephone: (303) 799-6895
Attorney for the Plaintiff

s/ Steven J. Wienczkowski
_____
Steven J. Wienczkowski, Esq.
Adam L. Plotkin, PC
621 17th Street, Suite 1800
Denver, CO 80293
Telephone: (303) 296-3566
Attorney(s) for the Defendant