IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 12-cv-02791-PAB-BNB | Date: December 19, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| ELOISE NICKOLS **Plaintiff(s)** | *David M. Larson via telephone* |
| v. | |
| CREDIT BUREAU OF NAPA COUNTY, INC **Defendant(s)** | *Steven Wienczkowski* |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session: 2:02 p.m.

Appearance of counsel.

Rule 26(a)(1) disclosures: no issues for the Court at this time.

Each separately represented or pro se party is allowed:
5 depositions not including experts, limited to one day of 7 hours.
25 interrogatories.
25 requests for production of documents.
25 requests for admissions.

Deadline for joinder of parties and amendment of pleadings: January 31, 2013.

Discovery cut-off: April 19, 2013.

The dispositive motion deadline: May 17, 2013.

Parties shall designate no more than 2 experts on or before: February 1, 2013.

Parties shall designate all rebuttal experts no later than: February 28, 2013.

All written discovery shall be served such that responses are due by the discovery cut off.

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

Pretrial Conference set for June 13, 2013 at 1:30 p.m., proposed Pretrial Order to be submitted on or before June 6, 2013.

Court in Recess: 2:12 p.m.   Hearing concluded.   Total time in Court: 00:10